IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOROTHY B. WEBER and | : | CIVIL ACTION |
| ROBERT P. WEBER, h/w | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| NATIONWIDE MUTUAL INSURANCE | : | NO. 12-02671 |
| COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**ORDER**

**AND NOW**, this *12th* day of *June*, 2012, upon consideration of Plaintiffs Dorothy B. Weber and Robert P. Weber's ("Plaintiffs") Emergency Motion to Remand to State Court (Docket No. 3) and Defendant Nationwide Mutual Insurance Company's Response (Docket No. 4), it is hereby **ORDERED** as follows:

1. Plaintiffs' Emergency Motion for Remand is **GRANTED** and this action is **REMANDED** to the Court of Common Pleas in Chester County;

2. Plaintiffs' request for attorneys' fees and actual expenses incurred as a result of the removal action filed by Defendant is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.